# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CRIMINAL COMPLAINT** |
| v. | : Honorable Leda Dunn Wettre |
| ASSAAMAD MAGWOOD, a/k/a "Savo" | : Mag. No. 22-13041 |

I, Mark Thompson, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Deputy U.S. Marshal with the United States Marshals Service and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

_s/ Mark Thompson_
Mark Thompson, Special Deputy U.S. Marshal
United States Marshals Service

Special Deputy U.S. Marshal Thompson attested to this Complaint by telephone pursuant to F.R.C.P. 4.1(b)(2)(A)

| February 9, 2022   5:59 P.M. | at | District of New Jersey |
|---|---|---|
| Date | | County and State |

HONORABLE LEDA DUNN WETTRE        s/_Leda Dunn Wettre_
UNITED STATES MAGISTRATE JUDGE    Signature of Judicial Officer

# ATTACHMENT A

## COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about May 26, 2021, in Union County, in the District of New Jersey and elsewhere, the defendant,

**ASSAAMAD MAGWOOD**,
a/k/a "Savo,"

knowing that he had previously been convicted in a court of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, namely, a Ruger model EC9S 9 millimeter handgun, bearing serial number 457-02913, loaded with approximately six (6) of 9 millimeter ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

**ATTACHMENT B**

I, Mark Thompson, am a Special Deputy U.S. Marshal with the United States Marshals Service. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about May 26, 2021, Assaamad Magwood ("MAGWOOD") was pulled over in Elizabeth, New Jersey for violations of the New Jersey Motor Vehicle Code while operating a black 2012 Jeep SRT. The vehicle was occupied by MAGWOOD, who was driving the vehicle, and one front seat passenger ("Individual-1"). During the traffic stop, law enforcement observed an unlabeled pill bottle in the driver's side door compartment. Law enforcement subsequently ordered MAGWOOD and Individual-1 out of the vehicle and searched the Jeep. During the search, law enforcement recovered a loaded Ruger model EC9S 9 millimeter handgun, bearing serial number 457-02913 (the "Firearm"), from the locked glove compartment, to which MAGWOOD had the keys. Law enforcement also recovered from the Jeep, among other items, an unlabeled prescription bottle containing suspected Promethazine, a quantity of Suboxone, and multiple empty prescription bottles.

2. The Firearm was loaded with approximately six (6) rounds of 9 millimeter ammunition (the "Ammunition"). The Firearm and the Ammunition were manufactured outside the State of New Jersey and thus moved in and affected interstate commerce prior to May 26, 2021.

3. MAGWOOD has been convicted of felony offenses and is accordingly prohibited from possessing firearms and ammunition under federal law. Specifically, on or about January 20, 2021, MAGWOOD was convicted of narcotics distribution in New Jersey Superior Court, in violation of N.J.S.A. 2C:35-5, a crime punishable by imprisonment for a term exceeding one year.